| | |
|---|---|
| 1 | HIEU T. WILLIAMS (SBN 280585) |
| | hwilliams@hkemploymentlaw.com |
| 2 | ADAM MALDONADO (SBN 267002) |
| | amaldonado@hkemploymentlaw.com |
| 3 | HIRSCHFELD KRAEMER LLP |
| | 456 Montgomery Street, Suite 2200 |
| 4 | San Francisco, CA 94104 |
| | Telephone: (415) 835-9000 |
| 5 | Facsimile: (415) 834-0443 |
| 6 | Attorneys for Defendants |
| | ATOMOS LIMITED and ATOMOS, INC. |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTELLE MCGECHIE, | Case No. 2:22-cv-01812-TLN-DB |
| Plaintiff, | **DEFENDANTS ATOMOS LIMITED'S AND ATOMOS INC.'S INITIAL STATUS REPORT and [PROPOSED] ORDER** |
| v. | |
| ATOMOS LIMITED, DOES 1 through 20, inclusive, | |
| | [County of Nevada Superior Court Case No. CU0000253] |
| Defendant. | |

**TO THE HONORABLE COURT:**

Defendants ATOMOS LIMITED and ATOMOS, INC. ("Defendants") are in the process of changing defense counsel for the above-entitled action. Defendants intend to file a Substitution of Attorney to formalize the change from Hirschfeld Kraemer LLP to another law firm, and respectfully requests a brief two-week extension until April 8, 2024, for the parties to hold a Rule 26(f) conference and to submit a joint case management statement, with a proposed trial schedule.

Dated: March 25, 2024                Hirschfeld Kraemer LLP

By: _____
          Hieu T. Williams
          Adam R. Maldonado
Attorneys for Defendants
ATOMOS LIMITED and ATOMOS, INC.

# **[PROPOSED] ORDER**

The Court, having considered Defendant's request, hereby extends the Joint Case Management Statement to **April 8, 2024.**

DATED:_____       _____
                                     Honorable Daniel J. Calabretta
_____