DAVID A. LOWE (SBN: 178811)
dal@rezlaw.com
MICHELLE G. LEE (SBN: 266167)
mgl@rezlaw.com
ZOË DEGEER (SBN: 298698)
zrd@rezlaw.com
RUDY, EXELROD, ZIEFF & LOWE, LLP
351 California Street, Suite 700
San Francisco, CA  94104
Telephone: (415) 434-9800
Facsimile: (415) 434-0513

Attorneys for Plaintiff
ESTELLE MCGECHIE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTELLE MCGECHIE,<br><br>                Plaintiff,<br><br>        vs.<br><br>ATOMOS LIMITED, DOES 1 through 20, inclusive,<br><br>                Defendants.<br>_____/ | Case No.  2:22-cv-01812-DJC-SCR<br><br>**JOINT NOTICE OF CONDITIONAL SETTLEMENT, REQUEST TO VACATE TRIAL AND RELATED DATES, AND ORDER** |

Defendants Atomos Limited and Atomos, Inc. and Plaintiff Estelle McGechie have agreed to a settlement of all claims in this case. The settlement conditions dismissal of the entire case on the completion of installment payments, which will be completed on or around May 1, 2025. After all installment payments are complete, the parties will file a Joint Stipulation for Dismissal with Prejudice.

Accordingly, the parties request that the Court vacate the parties': (1) Joint Mid-Discovery Statement filing date of October 18, 2024; (2) Final Pre-Trial Conference date of December 11, 2025; and (3) Jury Trial date of February 9, 2026, as set forth in the Court's Amended Scheduling Order, dated May 10, 2024 (Dkt. No. 51), pending Defendants' completion of their obligations under the Parties' settlement agreement, and set May 10, 2025, as the deadline to file a dismissal of the action or a joint statement informing the Court as to why no dismissal can be filed.

DATED: October 21, 2024           RUDY, EXELROD, ZIEFF & LOWE, LLP

                                  By: */s/ Michelle G. Lee*
                                      Michelle G. Lee
                                      *Attorneys for Plaintiff Estelle McGechie*

DATED: October 21, 2024           HIRSCHFELD KRAEMER LLP

                                  By: */s/ Hieu T. Willaims*
                                      Hieu T. Williams
                                      Adam R. Maldonado
                                      *Attorneys for Defendant Atomos Limited*

### ECF ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the other signatories thereto.

Executed this 18th day of October 2024, at San Francisco, California.

                                  */s/ Michelle G. Lee*
                                  Michelle G. Lee

1

JOINT NOTICE OF CONDITIONAL SETTLEMENT,
REQUEST TO VACATE TRIAL AND RELATED DATES, AND ORDER
CASE NO. 2:22-CV-01812-DJC-DB

**ORDER**

The Court, having considered the stipulation of the parties, notice of conditional settlement, and their request, hereby ORDERS that:

- The dates set in the Amended Scheduling Order (Dkt. No. 51) are vacated;
- By **May 10, 2025**, the Parties shall file a dismissal of this action or shall file a joint statement stating why no dismissal can be filed.

Dated:  October 21, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE